IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
99 SEP -2 AM 9:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

U.S. ALLIANCE, )
COOSA PINES CORPORATION, )
       PLAINTIFF, )
                                  )
VS.                      CV99-H-1641-E
                                  )
STAR PAPER COMPANY, INC., )
       DEFENDANT.

ENTERED
SEP 0 2 1999

## FINDINGS AND CONCLUSIONS

This cause is before the court on the August 16, 1999 motion for a default judgment, supported by the June 24, 1999 affidavit of Jeffrey Chauvin and supplemented by the August 30, 1999 response of plaintiff to the August 18, 1999 order. The court makes the following findings and conclusions:

   1.  The summons and complaint were served upon defendant July 6, 1999 and defendant has failed to appear, plead or otherwise defend.

   2.  Defendant is indebted to plaintiff in the principal sum of $230,836.18.

   3.  Plaintiff is due to recover from defendant the sum of $230,836.16 plus interest hereafter at the prevailing legal rate per annum until paid in full.

   4.  A separate judgment by default will be entered.

   DONE this  2nd  day of September, 1999.

                                       James W. Hancock
                                  SENIOR UNITED STATES DISTRICT JUDGE